BEATRICE SELKOWITZ, Appellant, v. LEO SELKOWITZ, Respondent.— Motion granted to the extent of certifying, pursuant to section 593 of the Civil Practice Act, that a constitutional question is directly involved in the appeal. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See 272 App. Div. 1071.]

LENA S. SPERONZA, Respondent, v. PHOENIX MUTUAL LIFE INSURANCE COMPANY OF HARTFORD, Appellant.— Motion for leave to appeal to the Court of

Appeals denied. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *ante*, p. 772.]